JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Nguyen,<br><br>    Plaintiff,<br><br>  v.<br><br>MERS, et al.,<br><br>    Defendants. | SACV 11-00361-JVS(MLGx)<br><br>ORDER OF DISMISSAL FOR<br><br>LACK OF PROSECUTION |

The Court having issued an Order to Show Cause on <u>May 18, 2011</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on June 1, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: June 7, 2011

_____
James V. Selna
United States District Judge